UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE RAKOFF

------------------------------------------------------------X
SH MARINE LTD.,

               Plaintiff,

ECF CASE

- against -

TRAXPO ENTERPRISES PVT LTD. INDIA,
a/k/a TRAXPO ENTERPRISES PRIVATE LIMITED,

07 CV 10627

               Defendant.
------------------------------------------------------------X

## ORDER APPOINTING PERSON TO SERVE PROCESS

Upon motion of plaintiff for an order appointing Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate, or any employee or agent of Lyons & Flood, LLP, to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action, and it appearing that an employee or designate of Gotham Process Services or an employee of Lyons & Flood, LLP, is a qualified person over 18 years of age, and is not a party to this action, and that the expediting of the service of process will result from such appointment,

IT IS ORDERED that Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate or an employee or agent of Lyons & Flood, LLP, be and is hereby appointed to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action.

Dated: November 27, 2007

SO ORDERED:

_____
U.S.D.J.

J. MICHAEL McMAHON,   CLERK

BY _____
      DEPUTY CLERK