LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
SH MARINE LTD.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SH MARINE LTD.,

                Plaintiff,

- against -

TRAXPO ENTERPRISES PVT LTD. INDIA,
a/k/a TRAXPO ENTERPRISES PRIVATE LIMITED,

                Defendant.
------------------------------------------------------------X

ECF CASE

07 Civ. 10627 (JSR)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCivP 41(a)(1)

No Answer or Motion for Summary Judgment having been filed by defendant, plaintiff hereby voluntary dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: March 19, 2008

SO ORDERED
[signature]
USDJ
3-19-08

Respectfully submitted,

LYONS & FLOOD, LLP
Attorneys for Plaintiff
SH MARINE LTD.

By: _____
Kirk M. Lyons (KL-1568)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\kmhldocs\2652005\Pleadings\Notice of Voluntary Dismissal.doc